

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00629-CV

In the **ESTATE** of Christina **RODRIGUEZ-MARES**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2023PC03191
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 5, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on December 2, 2024. On December 30, 2024, we ordered appellant to file his brief and to show cause in writing by January 9, 2025, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM